**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**UNITED STATES OF AMERICA** :
:
**vs.** : **CASE NO. 5:26-CR-52**
:
**JONATHAN HARBIN,** :
:
**Defendant.** :
:

# ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 3rd day of ~~October~~ November, 2026.

**CHARLES H. WEIGLE**
UNITED STATES MAGISTRATE JUDGE